JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONG KOO, | Case No. CV 21-3929 FMO (SKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ALICE M. READER, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 12th day of August, 2021.

/s/
Fernando M. Olguin
United States District Judge